UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CORINTHIAN CUSTOM HOMES, INC.,
a Florida Corporation, and WAYNE McCLAIN,
Individually,

        Plaintiffs,

v.                                             CASE No. 8:05-CV-2391-T-17MAP

GLOBAL VAN LINES, et al,

        Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on Defendants' Motion to Compel Plaintiffs' Tax Returns (doc. 44) and Plaintiffs' response (doc. 50). Defendant Global Van Lines, Inc. contends that it lacks the necessary documents to determine the actual value of the items at issue. Believing the Plaintiffs' tax filings between 1999-2004 will likely show the items as business expenses and/or depreciating assets, the Defendant asks this Court to compel their production. Plaintiffs, however, contend that the tax returns are private and confidential, or, in the alternative, irrelevant to the issues at bar.

There is a public policy of confidentiality of tax returns; to require discovery, a party must establish relevancy and the court must find a compelling need for the returns because the information is not otherwise obtainable. *See Maddow v. Proctor & Gamble Co., Inc.*, 107 F.3d 846, 853 (11th Cir. 1997) (citing with approval *Lemanik v. McKinley Allsopp, Inc.*, 125 F.R.D. 602, 609 (S.D. N.Y. 1989). For the reasons stated in the Plaintiffs' Response, it is hereby

ORDERED:

1. Defendants' Motion to Compel Plaintiffs' Tax Returns (doc. 44) is DENIED.

DONE AND ORDERED at Tampa, Florida on July 20, 2007.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record